IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01176-WYD-CBS

PREETI MISHRA,

    Plaintiff,

v.

HILLARY RODHAM CLINTON, Secretary of the Department of State;
JAMES B. STEINBERG, Deputy Secretary of the Department of State;
JANET NAPOLITANO, as Secretary of the Department of Homeland Security;
MICHAEL YATES, Acting Deputy Director of the U.S. Citizenship & Immigration; and
BRET GREGG, Deputy Director of the California Service Center,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Motion to Reopen Plaintiff's Original Complaint for Writ in the Nature of Mandamus & Declaratory Judgment, filed July 1, 2010 [#14] is **STRICKEN** with leave to refile in compliance with D.C.COLO.LCivR 7.1A.

    Dated: July 7, 2010.